UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT ATTORNEY KITTY,<br><br>　　　　Defendant. | No. 2:21-cv-0346 CKD P<br><br><br>ORDER |

　　　Plaintiff, a Sacramento County Jail prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On February 25, 2021, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his jail trust account statement for the past six months. See 28 U.S.C. § 1915(a)(2). Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his jail trust account statement for the past six months.

/////
/////
/////
/////
/////

1

2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: March 26, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
fost0346.3e

2