UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER,<br><br>            Plaintiff,<br><br>    v.<br><br>KITTY, et al.,<br><br>            Defendants. | No. 2:21-cv-0346 CKD P<br><br><u>ORDER AND</u><br><br><u>FINDIGNS AND RECOMMENDATIONS</u> |

    On, March 26, 2021, plaintiff was ordered to submit, within thirty days, a certified copy of his jail trust account statement for the past six months and was cautioned that failure to do so would result in dismissal. The thirty-day period has now expired, and plaintiff has not responded to the court's order.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 11, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
fost0346.tsa